Rose Sacks et al., Appellants, *v.* Sunset Hill Realty Corporation, Respondent, Impleaded with Another.

Submitted December 9, 1937; decided January 11, 1938.

*Monroe J. Cahn* and *Warren W. Wells* for appellants.

*Alfred M. Bailey, George P. Forbes, Jr.,* and *William A. Earl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.